

# Fourth Court of Appeals
## San Antonio, Texas

April 15, 2015

No. 04-15-00037-CV

James W. **MYART**, Jr.,
Appellant

v.

Deborah **MURDOCK**,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 2015CV00334
Jason W. Wolff, Judge Presiding

# O R D E R

On March 19, 2015, the trial court signed an order sustaining a contest to appellant James Myart's affidavit of indigence. Myart did not file a motion challenging the trial court's order. Accordingly, appellant is responsible for paying the $195.00 filing fee that was due when this appeal was filed and for paying the clerk's and reporter's fees for preparing the record.

We therefore order appellant James Myart must, by **April 30, 2015**:

(1) pay the appellate filing fee of $195.00 to the clerk of this court;

(2) file written proof in this court that he has paid the trial court clerk's fee for preparing the clerk's record or has made arrangements satisfactory to the clerk to pay the fee; and

(3) file written proof in this court that he has paid the court reporter's fee for preparing the reporter's record or has made arrangements satisfactory to the reporter to pay the fee.

If appellant fails to pay the appellate filing fee and show he has paid the clerk's fee within the time ordered, this appeal will be dismissed. *See* TEX. R. APP. P. 5, 37.3(b), 42.3.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of April, 2015.



Keith E. Hottle
Clerk of Court